Cook *v.* City of Butler—172 Ind. 720.

---

## CITY OF INDIANAPOLIS ET AL. *v.* BARNETT ET AL.

[No. 21,353.   Filed July 1, 1909.]

From Marion Circuit Court (16,255) ; *Henry Clay Allen*, Judge.

Petition by James H. Barnett and others for reassessment on account of street improvements. From a judgment for petitioners, plaintiffs appeal. *Appeal dismissed.*

*Frederick E. Matson, Crate D. Bowen, James D. Peirce* and *Joseph F. Cowern*, for appellants.
*Smith, Duncan, Hornbrook & Smith*, for appellees.

HADLEY, J.—The questions presented by the record in this case are in all respects the same as those involved in the case of *Randolph* v. *City of Indianapolis* (1909), *ante*, 510, and upon the authority of that case the appeal herein is dismissed.

---

## COOK *v.* CITY OF BUTLER.

[No. 21,378.   Filed October 6, 1909.]

From Dekalb Circuit Court; *Emmet A. Bratton*, Judge.

Petition by Jacob Cook for reassessment of street improvement. From an adverse judgment, he appeals. *Appeal dismissed.*

*P. V. Hoffman* and *E.'B. Dunten*, for appellant.
*C. J. Coats, Frank M. Brick* and *J. H. Rose*, for appellee.

MONTGOMERY, C. J.—Appellant seeks relief by appeal from an assessment of benefits against his property, made by appraisers appointed by the Judge of the Dekalb Circuit Court. Appellee has filed a motion to dismiss the appeal. The questions presented are in principle the same as those involved in the case of *Randolph* v. *City of Indianapolis* (1909), *ante*, 510, and upon the authority of that case the appeal herein is dismissed.